## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael E. Farbiarz |
| v. | Crim. No. 23-1019 |
| MYRON WILLIAMS, ET AL. | |

### ORDER

This matter having come before the Court for a pretrial and motion hearing on October 28, 2024 and on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Desiree L. Grace, John M. Maloy, and Javon Henry, Assistant U.S. Attorneys, appearing); and defendant Myron Williams (William Strazza, Esq., appearing); and defendant Roger Pickett (Brandon Minde, Esq., appearing); and defendant Khalil Kelley (Kevin Buchan, Esq. and James Seplowitz, Esq., appearing); and for good cause shown:

WHEREAS the United States Attorney's Office has proffered that the general practice at the Hudson County Correctional Facility permits federal inmates to access the law library one hour per day;

WHEREAS the Hudson County Correctional Facility has represented that a Court Order is required in order to authorize additional law library access; and

WHEREAS the parties all consent to the defendants, Myron Williams, Roger Pickett, and Khalil Kelley, having additional access to the law library.

IT IS, therefore:

ORDERED that the defendants Myron Williams, Roger Pickett, and Khalil Kelley shall have access to the law library for at least  7  hours per day.

_____
Honorable Michael E. Farbiarz
United States District Judge

Dated: October 29, 2024